# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
District of Florida

Case Number: 1:25CV21074

Plaintiff: **PAULA J. PHILLIPS, individually and on behalf of all others similarly situated**

vs.

Defendant: **STRAIGHT SMILE LLC d/b/a BYTE and DENTSPLY SIRONA INC.**

For:
Stuart Z Grossman
Grossman Roth Yaffa Cohen
2525 Ponce De Leon Blvd
Ste 1150
Coral Gables, FL 33134

Received by DLE Process Servers, Inc on the 10th day of March, 2025 at 4:27 pm to be served on **Dentsply Sirona Inc. c/o United Agent Group Inc., 801 US Hwy 1, North Palm Beach, FL 33407**.

I, Dawn Herndon, do hereby affirm that on the **13th day of March, 2025** at **12:16 pm, I:**

served a **CORPORATION** by delivering a true copy of the **Summons in a Civil Action, Class Action Complaint** at **801 Us Highway 1, North Palm Beach, FL 33408** with the date and hour of service endorsed thereon by me, to: **Jack Higgins** as **Subpoena clerk** for **United Agent Group Inc., REGISTERED AGENT** on behalf of **Dentsply Sirona Inc.** and informing said person of the contents therein, in compliance state statutes.

Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true. I am over the age of 18, have no interest in the above action, and I am a Certified Process Server, in good standing, in the county in which service was affected in accordance with State Statute

Under penalties of perjury, I declare that I have read the foregoing Verified Return of Service and that the facts stated are true. F.S. 92.525. NOTARY NOT REQUIRED PURSUANT TO F.S. 92.525

*Dawn Herndon*

**Dawn Herndon**
CPS 3109

DLE Process Servers, Inc
936 Sw 1st Avenue
#261
Miami, FL 33130
(786) 220-9705

Our Job Serial Number: DLE-2025013530

Copyright © 1992-2025 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a

DELIVERED 3/13/2025 12:16 PM
SERVER  DH
LICENSE  CPS 3109

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| PAULA J. PHILLIPS, individually and on behalf of all others similarly situated,<br><br>*Plaintiff(s)*<br>v.<br><br>STRAIGHT SMILE LLC d/b/a BYTE and DENTSPLY SIRONA INC.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 1:25cv21074<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  DENTSPLY SIRONA INC.
UNITED AGENT GROUP INC.
801 US HIGHWAY 1
NORTH PALM BEACH, FL 33407

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Stuart Z. Grossman, Grossman Roth Yaffa Cohen, PA
2525 Ponce de Leon, Suite 1150
Coral Gables, FL 33134
Telephone: (888) 296-1681
Facsimile: (305) 285-1668
Email: szg@grossmanroth.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:25cv21074

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: