UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:25-cv-21074-GAYLES-GOODMAN

PAULA J. PHILLIPS, individually and on
behalf of all others similarly situated,

        Plaintiff,

vs.

STRAIGHT SMILE LLC d/b/a
BYTE and DENTSPLY SIRONA INC.

        Defendant.
_____/

**STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT STRAIGHT SMILE LLC D/B/A BYTE**

    Plaintiff PAULA J. PHILLIPS, individually and on behalf of all others similarly situated, and Defendants STRAIGHT SMILE LLC d/b/a BYTE and DENTSPLY SIRONA INC., pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, stipulate to the voluntary dismissal without prejudice of this action as to Defendant Straight Smile LLC d/b/a Byte. This notice does not apply to Defendant Dentsply Sirona Inc. It is without waiver to any arguments by the Defendants.

        **LAW OFFICES OF JORDAN A. DRESNICK**
        901 Brickell Key Blvd., Suite 2901
        Miami, FL 33146
        Tel.: 786-220-8785

        By: */s/ Jordan A. Dresnick*
        Jordan A. Dresnick
        Florida Bar No. 058529
        E-mail: jordandresnick@gmail.com

        **GROSSMAN ROTH YAFFA COHEN, P.A.**
        2525 Ponce de Leon Boulevard, Suite 1150
        Coral Gables, FL 33134
        Telephone: 305-442-8666

Facsimile: 305-285-1668

By: */s/ Stuart Z. Grossman*
Stuart Z. Grossman
Fla. Bar No. 156113
szg@grossmanroth.com
Manuel A. Arteaga-Gomez
Fla. Bar. No. 18122
aag@grossmanroth.com
Aimee A. Ferrer
Fla. Bar No. 17827
aaf@grossmanroth.com
Ryan J. Yaffa
Fla. Bar. No. 1026131
rjy@grossmanroth.com

*Attorneys for Plaintiff Paula J. Phillips*

**POLSINELLI PC**
315 S. Biscayne Boulevard, Suite 400
Miami, FL 33131
Telephone: (305) 921-1802
Facsimile: (305) 921-1801

By: */s/ J. Everett Wilson*
J. EVERETT WILSON (FL #841625)
everett.wilson@polsinelli.com
DANIEL MATEO (FL #1040158)
dmateo@polsinelli.com

THOMAS J. YOO (pro hac vice to be filed)
2049 Century Park East, Suite 2900
Los Angeles, CA 90067
Telephone: (310) 556-1801
tyoo@polsinelli.com

AMY MCVEIGH (pro hac vice to be filed)
1717 Arch Street, Suite 2800
Philadelphia, PA 19103
Telephone: (215) 267-3001
amcveigh@polsinelli.com

*Attorneys for Defendants*