UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PAULA J. PHILLIPS, individually and on behalf of all others similarly situated,

    Plaintiffs,

vs.

DENTSPLY SIRONA, INC.,

    Defendants.

Case No.: 1:25-CV-21074-GAYLES-GOODMAN

**ATTORNEY AIMEE A. FERRER'S NOTICE OF WITHDRAWAL FROM CASE**

**PLEASE TAKE NOTICE** that Aimee A. Ferrer, Esq., formerly of Grossman, Roth, Yaffa and Cohen, P.A., hereby advises the Court and all counsel of record that they are no longer affiliated with the firm and will no longer be representing the Plaintiffs in the above captioned matter.

Accordingly, Attorney Ferrer respectfully withdraws as counsel of record for the Defendant by virtue of law firm change.

    Respectfully submitted,

    **AXS LAW GROUP, PLLC**
    2121 NW 2nd Ave, Suite 201
    Wynwood, Florida 33127
    Telephone: (305) 297-1878

    By: */s/ Aimee A. Ferrer*
    Aimee A. Ferrer, Esq.
    Fla. Bar No. 17827
    aimee@axslawgroup.com
    eservice@axslawgroup.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 28, 2025, a true and correct copy of the foregoing was served on all counsel of records via the CM-ECF.

/s/ *Aimee A. Ferrer*
Aimee A. Ferrer, Esq.