**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO.: 1:25-cv-21074-GAYLES/SHAW-WILDER**

**PAULA J. PHILLIPS, individually**
**and on behalf of all others similarly situated,**

      Plaintiff,

**v.**

**DENTSPLY SIRONA, INC.,**

      Defendant.
_____/

## ORDER

**THIS CAUSE** comes before the Court on the Report and Recommendation of Magistrate Detra Shaw-Wilder (the "Report") [ECF No. 66] regarding Defendant Dentsply Sirona, Inc. ("Defendant")'s  Motion to Dismiss for Lack of Personal Jurisdiction ("Motion"). [ECF No. 20]. On June 26, 2025, Plaintiff Paula J. Phillips ("Plaintiff") filed an Amended Response in Opposition to Defendant's Motion. [ECF No. 48]. On February 25, 2026, Judge Shaw-Wilder issued her Report recommending that the Motion be granted. [ECF No. 66]. On March 4, 2026, Plaintiff objected to the Report (the "Objections"). [ECF No. 68]. On March 9, 2026, Defendant responded to Plaintiff's Objections (the "Response"). [ECF No. 70].

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1)(C). The objected portions of the report and recommendation are accorded *de novo* review if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific objection is made

are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). The Court has conducted a *de novo* review of the record, including the Report, the Motion, Plaintiff's Objections, and Defendant's Response. The Court agrees with Judge Shaw-Wilder's well-reasoned analysis and conclusion that the Motion should be granted. However, this Court finds that dismissal should be without prejudice.

## CONCLUSION

Therefore, it is **ORDERED AND ADJUDGED** as follows:

(1)      Magistrate Judge Shaw-Wilder's Report and Recommendation, [ECF No. 66], is **ADOPTED in part**.

(2)      Defendant's Motion to Dismiss for Lack of Personal Jurisdiction, [ECF No. 20], is **GRANTED**;

(3)      Plaintiff's Amended Class Action Complaint, [ECF No. 11], is **DISMISSED** without prejudice.

(4)      Within twenty (20) days of this Order, Plaintiff shall refile her claims against Dentsply Sirona Inc. in either the District of Delaware or the appropriate district in North Carolina.[1]

(5)      The Clerk of Court shall **CLOSE** this case, and all other pending motions are denied as moot.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 30th day of March 2026.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

---

[1] The Court considered transfer to one of these districts, but transfer was not requested by either party.

2